DORA F. CHRISTIE, as Administratrix of the Estate of
EDWARD A. CHRISTIE, Deceased, Appellant, v. NEW
YORK CENTRAL AND HUDSON RIVER RAILROAD COM-
PANY, Respondent.

Christie v. N. Y. C. & H. R. R. R. Co., 161 App. Div. 941,
appeal dismissed.

(Submitted January 21, 1918; decided January 29, 1918.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second
judicial department, entered February 20, 1914, affirming
a judgment in favor of defendant entered upon a dismissal
of the complaint by the court at a Trial Term.

The motion was made upon the ground of failure to
file the required undertaking and return on appeal.

*John F. Brennan* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.